FILED
MAY 31 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WENDY SANDBERG and CATHY McNULTY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NORTH PLAINS and KAREN-LEE STOLTE, <br><br> Defendants. | Case No. CV 10-1273-HZ <br><br> (~~PROPOSED~~) ORDER AND PARTIAL JUDGMENT OF DISMISSAL |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the case be dismissed with prejudice and without cost to either party as it relates to all claims brought by plaintiff Cathy McNulty.

Signed this 31 day of May, 2011.

_____
Marco A. Hernandez
United States District Judge

Page - 1 ORDER AND PARTIAL JUDGMENT OF DISMISSAL

HOFFMAN, HART & WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301