IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

WENDY SANDBERG and CATHY
McNULTY

        Plaintiffs,

    v.

CITY OF NORTH PLAINS and KAREN
LEE STOLTE

        Defendants.

Case No. CV 10-1273 HZ

(PROPOSED) ORDER AND JUDGMENT
OF DISMISSAL

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the case be  dismissed with prejudice and without cost to

either party.

Dated this 8th day of May, 2012.

/s/ Marco A. Hernandez
The Honorable Marco A. Hernandez

Page 1 –ORDER AND JUDGMENT OF DISMISSAL